IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARVAL MASON                                                      PLAINTIFF

VS.                        Case No. 05-CV-4057

LIFE INSURANCE COMPANY OF
NORTH AMERICA                                         DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Supplement Administrative Record. (Doc. 8) Defendant has responded. The Court finds the matter ripe for consideration.

Plaintiff believes the Administrative Record (Doc. 7) should be supplemented because nothing in the record indicates the amount of Plaintiff's monthly covered earnings. Plaintiff asserts his monthly covered earnings would be used to calculate his damages if he is successful in proving Defendant's liability under ERISA. Defendant responds that it will make the information available if the Court finds it liable under ERISA. The Court does not need the information regarding Plaintiff's monthly covered earnings to make a decision regarding Defendant's liability under ERISA. Therefore, the Court finds Defendant may wait to provide the information regarding monthly covered earnings as a supplement to the Administrative Record only if the Court finds Defendant liable under ERISA. Plaintiff's Motion to Supplement Administrative Record is hereby **granted** consistent with the terms set forth herein and above.

IT IS SO ORDERED, this 9th day of January, 2006.

                                                       /s/ Harry F. Barnes
                                                       Hon. Harry F. Barnes
                                                       U.S. District Court